IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVON DEWELDON BRAZIL,

    Petitioner,                                    No. CIV S-04-1357 FCD KJM P

    vs.

THOMAS L. CAREY, et al.,

    Respondents.                               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's August 19, 2005 dismissal of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a certificate of appealability should issue when the prisoner shows that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. Slack v. McDaniel, 529

1  U.S. 473, 484-85 (2000).  The certificate of appealability must "indicate which specific issue or
2  issues satisfy" the above requirements.  28 U.S.C. § 2253(c)(3).
3        For the reasons set forth in the magistrate judge's June 30, 2005 findings and
4  recommendations, jurists of reason would not find it debatable whether petitioner's application
5  was properly dismissed.  Accordingly, a certificate of appealability should not issue in this
6  action.
7        IT IS SO ORDERED.
8  DATED: September 23, 2005

10       /s/ Frank C. Damrell Jr.
      FRANK C. DAMRELL JR.
11       United States District Judge